IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARY M. LOMBARDO,   CASE NO: 6:11-CU-1701-ORL-18DAB

    Plaintiff,

vs.

CITY OF COCOA BEACH, etc.
AMERICAN TRAFFIC SOLUTIONS, LLC,
And ATS AMERICAN TRAFFIC SOLUTIONS, INC.,

    Defendants.
_____/

### DEFENDANT, CITY OF COCOA BEACH'S NOTICE OF REMOVAL

COMES NOW Defendant, CITY OF COCOA BEACH, by and through its undersigned attorneys and respectfully petitions this Court for removal of the above-styled civil action, and states as follows:

1. The petitioner has been named as a Defendant in a civil action in the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, styled as above, Case Number 05-2011-CA-014614-XXXX-XX.

2. That service of Plaintiff's First Amended Complaint was made on the CITY OF COCOA BEACH on October 14, 2011.

3. Pursuant to 28 U.S.C. § 1446(a) and 1447(b) and Middle District of Florida Local Rule 4.02(b), copies of all papers filed in the state court action are attached hereto as Exhibit "A."

4. In the First Amended Complaint, Plaintiff alleges *inter alia*, violations of the fifth and sixth amendments to the United States Constitution and violations of 42 U.S.C. § 1983.

5. This Court has original jurisdiction in the above-entitled action pursuant to the provisions of Title 28, U.S.C. § 1331 and § 1343(a)(3), as this is a civil action arising under the Constitution, common laws or treaties of the United States.

6. This notice of removal is filed with this Court within thirty (30) days of receipt of service by Defendant of Plaintiff's Amended Complaint, and is therefore timely pursuant to 28 U.S.C. § 1446(b).

7. Pursuant to 28 U.S.C. § 1367(a) Defendant requests the Court to exercise its supplemental jurisdiction over the Florida State law claims alleged in Plaintiff's First Amended Complaint, arising out of the same incident as the Federal Civil Rights claim.

8. A copy of this Notice has been filed in the State Court in which the claim was originally brought.

WHEREFORE, Defendant, CITY OF COCOA BEACH, having complied with 28 U.S.C. § 1446(a); Rule 81(c), Federal Rules of Civil Procedure; and Local Rule 4.02, Middle District of Florida, files this, its Notice of Removal.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2011, I filed the original of the foregoing with the Clerk of the above-styled court and furnished a copy via U.S. Mail to: Stephen R. Koons, P.A., 25 West New Haven Avenue, Suite G, Melbourne, FL  32901; James Fowler, Esquire, Fowler, O'Quinn, Feeney & Sneed, P.A., 28 W. Central Blvd.,

Suite 400, Orlando, FL 32801.

/s/ G. Clay Morris

G. CLAY MORRIS, ESQ.
Florida Bar No. 0750190
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel:   407-422-4310
Fax:   407-648-0233
CMorris@drml-law.com
Attorneys for Defendant